UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

AxxA Commerce, LLC                  :   Civil Action No. _____
                                    :
              v.                    :
                                    :
Digital Realty Trust, L.P.,         :
Digital 210 Tucker, LLC, et al.     :

DISCLOSURE STATEMENT

The undersigned counsel for **Plaintiff AxxA Commerce, LLC** certifies that this party is a non-governmental corporate party and that:

☐ This party's parent corporation, and all publicly held corporations owning 10% or more of this party's stock, are listed here:

_____
_____
_____

**OR**

☒ This party does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of this party's stock.

_____          Cooper Levenson Law Firm
Signature of Attorney                    Name of Firm

Steven D. Scherzer                       1125 Atlantic Avenue
Print Name                               Address

2/11/09                                  Atlantic City, NJ 08401
Date                                     City/State/ZIP Code

Instructions:
1. Disclosure Statement is to be filed as a separate document.
2. Select Case Type (Civil) from the menu bar at the top of the ECF screen.
3. Click on **Other Documents**.
4. Select **Corporate Disclosure Statement**.
5. Enter the case for which the Disclosure Statement is being filed.
6. Select the PDF document to file.
7. Select the party filing the Disclosure Statement.
8. If applicable, insert the name of the Corporate Parent or leave blank.
9. Proofread the docket text.
10. Submit the Disclosure Statement by clicking the **NEXT** button.

DNJ-CMECF-005 (5/2/08)