14180-05635-JHO

**MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN**
By: Matthew J. Behr, Esquire
Woodland Falls Corporate Park
200 Lake Drive East, Suite 300
Cherry Hill, NJ 08002
856-414-6000
Attorney for Defendant(s), Digital Realty Trust, L.P. and
Digital 210 Tucker, LLC

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
*(Camden Vicinage)*ated**

| | |
|---|---|
| AXXA COMMERCE, LLC<br><br>          Plaintiff(s),<br><br>**vs.**<br><br>DIGITAL REALTY TRUST, L.P.,<br>DIGITAL 210 TUCKER, LLC,<br>CAPSTAR COMMERCIAL REAL ESTATE<br>SERVICES, BANDWIDTH EXCHANGE<br>BUILDINGS, LLC d/b/a ST. LOUIS<br>MEET-ME-ROOM, BEB-210, LLC, and<br>BEB-900, LLC<br><br>          Defendant(s). | CIVIL ACTION NO.: 1:09-cv-653<br><br>***DEFENDANTS' NOTICE OF MOTION TO DISMISS FOR LACK OF JURISDICTION OR IN THE ALTERNATIVE TO TRANSFER*** |

*TO:*   Steven Scherzer, Esq.
       Cooper Levenson
       1125 Atlantic Avenue
       Atlantic City, New Jersey 08401
       *Attorneys for Plaintiff*

       Elizabeth Hampton, Esq.
       Herskowitz & Hampton
       1811 Haddonfield-Berlin Road
       Cherry Hill, New Jersey 08003
       *Attorneys for Defendants Bandwidth Exchange Buildings, LLC
       d/b/a/ St. Louis Meet-Me-Room, BEB-210, LLC & BEB-900, LLC*

**PLEASE TAKE NOTICE** that on May 18, 2009 at 9:00 a.m. or as soon thereafter as counsel may be heard, the undersigned, attorney for Defendants, Digital Realty Trust, L.P. and Digital 210 Tucker, LLC will move before the above-mentioned court at the U.S. District Court of New Jersey, in Camden, New Jersey, for an Order Dismissing Plaintiff's Complaint or in the Alternative to Transfer Venue.

**PLEASE TAKE FURTHER NOTICE** that movants will rely upon the attached Certification of Glenn Benoist, Brief and Certification of Exhibits in support of this Motion.

Movants have annexed a proposed form of Order.

                                       MARSHALL, DENNEHEY, WARNER,
                                       COLEMAN & GOGGIN

By: */s/ Matthew J. Behr*
     MATTHEW J. BEHR, ESQUIRE
     Attorney for Defendants,
     Digital Realty Trust, L.P.
     and Digital 210 Tucker, LLC

DATED: April 21, 2009

06/1487442.v1

2