14180-05635-JHO

**MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN**
By:  Matthew J. Behr, Esquire
Woodland Falls Corporate Park
200 Lake Drive East, Suite 300
Cherry Hill, NJ 08002
856-414-6000
Attorney for Defendant(s), Digital Realty Trust, L.P. and
Digital 210 Tucker, LLC

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY
### *(Camden Vicinage)*

| | |
|---|---|
| AXXA COMMERCE, LLC | CIVIL ACTION NO.:  1:09-cv-653 |
| Plaintiff(s), | |
| **vs.** | |
| DIGITAL REALTY TRUST, L.P., DIGITAL 210 TUCKER, LLC, CAPSTAR COMMERCIAL REAL ESTATE SERVICES, BANDWIDTH EXCHANGE BUILDINGS, LLC d/b/a ST. LOUIS MEET-ME-ROOM, BEB-210, LLC, and BEB-900, LLC | *ORDER* |
| Defendant(s). | |

**THIS MATTER** having been brought before the Court upon the application of Matthew J. Behr, Esquire, attorney for Defendants, Digital Realty Trust, L.P. and Digital 210 Tucker, LLC, for an Order granting Defendants' Motion to Dismiss or, in the alternative, to Transfer Venue, and for good cause shown,

**IT IS** on this _____ day of _____,
2009 **ORDERED AND ADJUDGED** that:

    1.   The above-entitled matter is hereby DISMISSED WITH PREJUDICE; or, in the alternative;

    2.   The Complaint is hereby transferred to the United States District Court for the Eastern District of Missouri pursuant to 28 U.S.C. §1404(a).

 

                               _____

                               THE HON. NOEL L. HILLMAN, U.S.D.J.

(    )   Opposed
(    )   Unopposed

06/1487472.v1