14180-05635-JHO

**MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN**
By:  Matthew J. Behr, Esquire
Woodland Falls Corporate Park
200 Lake Drive East, Suite 300
Cherry Hill, NJ 08002
856-414-6000
Attorney for Defendant(s), Digital Realty Trust, L.P. and Digital 210 Tucker, LLC

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
*(Camden Vicinage)*** 

| | |
|---|---|
| AXXA COMMERCE, LLC<br><br>          Plaintiff(s),<br><br>**vs.**<br><br>DIGITAL REALTY TRUST, L.P., DIGITAL 210 TUCKER, LLC, CAPSTAR COMMERCIAL REAL ESTATE SERVICES, BANDWIDTH EXCHANGE BUILDINGS, LLC d/b/a ST. LOUIS MEET-ME-ROOM, BEB-210, LLC, and BEB-900, LLC<br><br>          Defendant(s). | CIVIL ACTION NO.:  1:09-cv-653<br><br>*CERTIFICATION OF EXHIBITS* |

I, Matthew Behr, Esq. do hereby certify to the following:

1.   I am an Attorney at Law of the State of New Jersey, and a shareholder with the law firm of Marshall, Dennehey, Warner, Coleman & Goggin.  I am quite familiar with the facts and circumstances of this case.  This certification is being submitted in support of Defendants, Digital Realty Trust's and Digital Tucker 210's Motion for Dismiss or in the Alternative to Transfer Venue.

2. The attached exhibits are true and correct copies which are relied upon by the Defendants in support of the Motion.

I hereby certify that the foregoing factual statements made by me are true. I am aware that if any of the foregoing statements made by me are willingly false, I am subject to punishment.

                                  MARSHALL, DENNEHEY, WARNER,
                                  COLEMAN & GOGGIN

                           By: */S/ Matthew J. Behr*
                                  MATTHEW J. BEHR, ESQUIRE
                                  Attorney for Defendants,
                                  Digital Realty Trust, L.P.
                                  and Digital 210 Tucker, LLC

DATED: April 21, 2009

06/1487536.v1